**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark CLIFTON, Defendant–Appellant.**

**No. 14–6755.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 30, 2014.

Mark Clifton, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Clifton appeals the district court's order denying his petition for a writ of error coram nobis and his supplemental petition alternatively seeking relief pursuant to a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clifton*, No. 7:96–cr00062–H–2 (E.D.N.C. Apr. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*